### Dwayne WILLIAMS, Plaintiff— Appellant,

### v.

### Samuel B. GLOVER; Robert M. Steward; Barbara A. Scott; Jon E. Ozmint; John Doe; Jane Doe, Defendants—Appellees.

#### No. 11–6944.

United States Court of Appeals, Fourth Circuit.

Submitted: Dec. 12, 2011.

Decided: Jan. 9, 2012.

Dwayne Williams, Appellant Pro Se.

---

**316**

Before DUNCAN, DAVIS, and DIAZ, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Dwayne Williams appeals the district court's order accepting the recommendation of the magistrate judge and dismissing Williams' 42 U.S.C. § 1983 (2006) complaint under 28 U.S.C. § 1915(e)(2)(B) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Williams v. Glover,* No. 6:10–cv–01591–TLW, 2011 WL 2682170 (D.S.C. July 11, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*